UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>JORDAN, JOYCE | Case No.: 19-10488 (VFP)<br>Chapter: 7<br>Judge: VINCENT F. PAPALIA |

**NOTICE OF PROPOSED ABANDONMENT**

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on March 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 1942 Ostwood Terrace<br>Union, NJ 07083<br><br>Current Market Value: $301,405.00 |

| | |
|---|---|
| Liens on property: | $483,107.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | February 20, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 19-10488-VFP
Joyce Jordan                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2           Date Rcvd: Feb 20, 2019
                            Form ID: pdf905        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db              Joyce Jordan,    1942 Ostwood Ter,    Union, NJ  07083-4506
517959951       Americredit/GM Financial,    PO Box 183583,    Arlington, TX  76096-3583
517959952       Bloomingdales,    Atten: Bankruptcy,    PO Box 8218,    Mason, OH  45040-8218
517959953       Dsnb Macys,    PO Box 8053,    Mason, OH  45040-8053
517959954       Gm Financial,    PO Box 181145,    Arlington, TX  76096-1145
517959963       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517959964       Specialized Loan Servicing,    c/o KML Law Group P.C.,    216 Haddon Ave Ste 406,
                 Westmont, NJ  08108-2812
517959965       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN  55440-0673
517959966       William Lane,    1942 Ostwood Ter,    Union, NJ  07083-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 00:14:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 00:14:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:07
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517959956       E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2019 00:14:33      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
517959955       E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2019 00:14:33      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
517959957       E-mail/Text: bnc@nordstrom.com Feb 21 2019 00:13:40      Nordstrom/TD Bank,    PO Box 6555,
                 Englewood, CO  80155-6555
517959959       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 00:18:19
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4962
517959958       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 00:18:18
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
517959960       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 00:16:49
                 Portfolio Recovery,    PO Box 41021,    Norfolk, VA  23541-1021
517959961       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2019 00:17:32
                 Portfolio Recovery (poc),    PO Box 41021,    Norfolk, VA  23541-1021
517959962       E-mail/Text: newyork.bnc@ssa.gov Feb 21 2019 00:15:00      Social Security Administration,
                 1500 Woodlawn Dr,    Baltimore, MD  21241-0001
517960779      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2019 00:18:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
               Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              J. Todd Murphy    on behalf of Debtor Joyce  Jordan tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 20, 2019
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
          NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
          Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
          rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 6

Case 19-10488-VFP    Doc 14    Filed 02/22/19    Entered 02/23/19 00:31:06    Desc Imaged
Certificate of Notice    Page 3 of 3