UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

J. Todd Murphy, Esq.
Todd Murphy Law
90 Washington Valley Rd
Bedminster NJ 07921
tel 862-217-2360
attorney for debtor

Order Filed on March 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joyce Jordan

Case No.: 19-10488

Chapter: 7

Judge: Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 7, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____Joyce Jordan_____ for the reduction of time for a hearing on __Cross Motion to Void Sale and for damages__

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____March 12, 2019_____ at __10:00__ in the United States Bankruptcy Court, _____50 Walnut St, Newark NJ_____, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __affected secured creditor - HSBC Bank and their counsel KML Law Group,  the purchaser at the foreclosure sale and his or her counsel, if known__

by ☒ each, ☐ any of the following methods selected by the Court:
                   and        or    (if known)
☐ fax,  ☒ overnight mail, / ☒ regular mail,/ ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __Jay Lubetkin as Chapter 7 Trustee; all other creditor(s) and their counsel, if known__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __counsel for secured creditor and purchaser (or purchaser's counsel)__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___1___ day(s) prior to the scheduled hearing; or may be presented orally at the hearing.

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3