**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joyce Jordan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5292<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10488–VFP | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Joyce Jordan
   aka Joyce Lane


<u>4/9/19</u>                                                                 **By the court:**   <u>Vincent F. Papalia</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                          Case No. 19-10488-VFP
Joyce Jordan                                                                    Chapter 7
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 09, 2019
                               Form ID: 318                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             Joyce Jordan,    1942 Ostwood Ter,    Union, NJ 07083-4506
517959963      Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517959964      Specialized Loan Servicing,    c/o KML Law Group P.C.,    216 Haddon Ave Ste 406,
                Westmont, NJ 08108-2812
517959966      William Lane,   1942 Ostwood Ter,    Union, NJ 07083-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 22:30:25     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 22:30:25      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Apr 10 2019 02:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,   Norfolk, VA 23541-1021
517959951      EDI: PHINAMERI.COM Apr 10 2019 02:28:00      Americredit/GM Financial,    PO Box 183583,
                Arlington, TX 76096-3583
517959952      EDI: TSYS2.COM Apr 10 2019 02:28:00      Bloomingdales,   Atten: Bankruptcy,    PO Box 8218,
                Mason, OH 45040-8218
517959953      EDI: TSYS2.COM Apr 10 2019 02:28:00      Dsnb Macys,    PO Box 8053,   Mason, OH 45040-8053
517959954      EDI: PHINAMERI.COM Apr 10 2019 02:28:00      Gm Financial,    PO Box 181145,
                Arlington, TX 76096-1145
517959956      EDI: MID8.COM Apr 10 2019 02:28:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
517959955      EDI: MID8.COM Apr 10 2019 02:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
517959957      E-mail/Text: bnc@nordstrom.com Apr 09 2019 22:30:13      Nordstrom/TD Bank,    PO Box 6555,
                Englewood, CO 80155-6555
517959959      EDI: PRA.COM Apr 10 2019 02:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
517959958      EDI: PRA.COM Apr 10 2019 02:28:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
517959960      EDI: PRA.COM Apr 10 2019 02:28:00      Portfolio Recovery,    PO Box 41021,
                Norfolk, VA 23541-1021
517959961      EDI: PRA.COM Apr 10 2019 02:28:00      Portfolio Recovery (poc),    PO Box 41021,
                Norfolk, VA 23541-1021
517959962      E-mail/Text: newyork.bnc@ssa.gov Apr 09 2019 22:30:33      Social Security Administration,
                1500 Woodlawn Dr,    Baltimore, MD 21241-0001
517960779     +EDI: RMSC.COM Apr 10 2019 02:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517959965      EDI: WTRRNBANK.COM Apr 10 2019 02:28:00      Td Bank USA/Targetcred,    PO Box 673,
                Minneapolis, MN 55440-0673
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture
           Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Apr 09, 2019
                                Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      J. Todd Murphy    on behalf of Debtor Joyce  Jordan tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
      Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com
      Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
      Melissa N. Licker    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, as Indenture Trustee, for the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 NJ_ECF_Notices@McCalla.com
      Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Indenture Trustee, of the FBR Securitization Trust 2005-2 Callable Mortgage-Backed Notes, Series 2005-2 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 7